■ In the Matter of Five Towns YM & YWHA, Inc., Respondent, against Roy Plaut et al., Constituting the Board of Appeals of the Village of Lawrence, Appellants.— Proceeding pursuant to article 78 of the Civil Practice Act to review a determination of the appellants which denied respondent's application for a permit to alter a building, or for a variance. The appeal is from an order annulling the determination and directing issuance of the permit. Order unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [14 Misc 2d 61.]

■ In the Matter of the Estate of Ermenegildo Navone, Deceased. Giuseppina Navone et al., Appellants; Alphonso M. La Pera, as Executor of Ermenegildo Navone, Deceased, Respondent.— In a proceeding to revoke letters testamentary, the appeal is from so much of an order of the Surrogate's Court, Nassau County, as denied appellants' motion for trial of the issues of fact by a jury. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta. JJ., concur.

■ In the Matter of the Claim of Ellen Olson, an Infant, Respondent, against Board of Education of Seaford Avenue School District No. 6, Town of Hempstead, Nassau County, Appellant.— Appeal from an order granting leave to file a notice of claim on behalf of a nine-year-old infant (Education Law, § 3813, subd. 2; General Municipal Law, § 50-e, subds. 1, 5) after the 90-day period provided for by law (General Municipal Law, § 50-e, subd. 1). Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of Muriel Schaeffer, Respondent, against Abe D. Feldman, Appellant.— Appeals (1) from an order dated August 19, 1958 denying appellant's motion for a new trial or hearing, on the grounds of additional evidence and a change of circumstances, of a habeas corpus proceeding which culminated in an order dated February 20, 1958 sustaining the writ, (2) from an order dated August 19, 1958 denying appellant's motion to stay execution of the order dated February 20, 1958 pending the hearing and determination of the appeal therefrom to this court, (3) from an order dated August 19, 1958 denying appellant's motion to direct respondent, appellant, and appellant's wife to submit to " psychiatric evaluation ", and (4) from an order dated September 2, 1958 granting respondent's motion to adjudge appellant in contempt of court for having failed to obey the order dated February 20, 1958. Orders unanimously affirmed, with one bill of costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.